1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT WESLEY HUMPHREYS,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>E. LYSTAD, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO. 3:21-cv-5878-RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Michelle L. Peterson. Dkt. 11. The Court has reviewed the Report and Recommendation (R&R), objections filed by Plaintiff, Scott Wesley Humphreys, and the remaining record. As stated in the R&R, Plaintiff fails to allege sufficient facts in his amended complaint to plausibly state a claim for relief. In his objections to the R&R, as in his amended complaint, Plaintiff vaguely references various statutes and causes of action, but he does not demonstrate error in the R&R or a plausible claim for relief.

Therefore, the Court hereby ORDERS:

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

- The Report and Recommendation (Dkt. 11) IS ADOPTED;
- Plaintiff's complaint (Dkt. 9) and this action ARE DISMISSED without prejudice for failure to state a claim.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 7th day of March, 2022.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge